```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

CLARA GOODREAU                                              PLAINTIFF

    v.         Case No. 07-5043

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY                                           DEFENDANT

### JUDGMENT

    For the reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendants' decision to deny benefits is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and fees.

    **The parties have thirty days from the date of entry of Judgment within which to appeal**.

    IT IS SO ORDERED this 16th day of August, 2007.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```